Entered: March 18th, 2024
Signed: March 18th, 2024



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

In re:   Case No.: **23–13491 – DER**   Chapter: **13**

**Keith Anthony Jagdhuber and
Rhonda Jean Jagdhuber,**
Debtors.

## MEMORANDUM TO COUNSEL

After consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee. This memorandum shall be without prejudice to the rights of the Chapter 13 trustee or the US Trustee to investigate further or take further action.

Dated: 3/18/24

cc:   Debtor
　　　Attorney for Debtor – Donald L Bell
　　　Former Attorney for Debtor – Amy Lynn Bennecoff Ginsburg
　　　Case Trustee – Brian A. Tucci

11x10 (rev. 03/08/2001)